UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KATRINA HAYES, )
 )
       Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:17-CV-309-D**
 )
 )
BILL BUTLER, )
 )
       Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 11].

**This Judgment Filed and Entered on September 8, 2017, and Copies To:**

| | |
|---|---|
| Katrina Hayes | (Sent to 8003 Resident Circle, Cary, NC 27519 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |
| G. Norman Acker, III | (via CM/ECF electronic notification) |

DATE:                          PETER A. MOORE, JR., CLERK

September 8, 2017            (By) /s/ Nicole Briggeman
                                      Deputy Clerk